CANTON POULTRY, INC., ET AL. *v.* CONNER, COMMISSIONER OF AGRICULTURE OF FLORIDA.

No. 1315.   Decided June 12, 1967.

*Homer S. Durden, Jr.,* for appellants.

*Earl Faircloth,* Attorney General of Florida, and *Robert A. Chastain,* Assistant Attorney General, for appellee.

PER CURIAM.

The judgment is vacated and the case remanded to the District Court so that it may enter a fresh decree from which a timely appeal may be taken to the Court of Appeals. *Pennsylvania Public Utility Comm'n* v. *Pennsylvania R. Co.,* 382 U. S. 281, 282.